UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

KEVIN MARTIN TELLEZ ORDONEZ    CIVIL ACTION NO. 26-2412 SEC P

VERSUS    JUDGE EDWARDS

WARDEN WINN CORRECTIONAL    MAG. JUDGE HORNSBY
CENTER ET AL

### MEMORANDUM ORDER

Before the Court is a Motion for Temporary Restraining Order ("TRO") (ECF No. 2), filed by the habeas petitioner in this case, Kevin Martin Tellez Ordonez ("Petitioner").  In order to obtain a TRO, Petitioner must show that he is likely to succeed on the underlying merits of his case. *United States v. Abbott*, 110 F.4th 700, 706-707 (5th Cir. 2024); *Mesa Hills Specialty Hosp. v. Becerra,* 730 F. Supp. 3d 342, 353 (W.D. Tex. 2024) ("By failing to satisfy the first preliminary injunction element on any of its claims, Mesa Hills is already not entitled to a preliminary injunction."). We cannot ascertain the reasonableness of his detention, and thus his likelihood of success on a constitutional claim, because he has not told us when he was detained or how long he has been detained. *See generally* ECF No. 1.  And a TRO for the sole purported purpose of preserving the Court's jurisdiction is unnecessary. *See Oliveira v. Patterson*, No. 6:25-CV-01463, 2025 WL 3091705, at *1 (W.D. La. Oct. 9, 2025).  So,

IT IS ORDERED that the Motion for TRO (ECF No. 2) is DENIED.

THUS DONE AND SIGNED this 9th day of July, 2026.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE